**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| BDO USA, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00179-HEH |
| ) | |
| ANKURA CONSULTING GROUP, LLC, ) | |
| PHUOC VIN PHAN and KEVIN LAVIN, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

David Barmak and the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., pursuant to Local Civil Rule 83.1(H), move for leave to withdraw as counsel of record for Defendants Ankura Consulting Group, LLC and Kevin Lavin.

The grounds for the requested withdrawal are set forth in the accompanying memorandum in support of this motion. Plaintiff BDO USA, P.C. and Defendant Phuoc Vin Phan, through their respective counsel, do not oppose the relief requested and consent to the requested withdrawal. Defendants Ankura Consulting Group, LLC and Kevin Lavin likewise consent to the requested withdrawal. A proposed order is attached for the Court's consideration.

WHEREFORE, David Barmak and the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. respectfully request that the Court grant leave to withdraw as counsel, enter an order relieving David Barmak and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. of their duties as counsel of record for Defendants Ankura Consulting Group, LLC and Kevin Lavin, and grant such other and further relief as the Court deems appropriate.

Dated:  December 4, 2024

Respectfully submitted,

/s/  *David Barmak*
David Barmak (VSB No. 15853)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C., 20004
Telephone: (202) 434-7300
Facsimile:  (202) 434-7400
Email:  dbarmak@mintz.com